No. 18. HECH *v.* RIVERA.—Appeal from the District Court of Mayaguez. Decided March 5, 1905. The appeal was dismissed on the ground that the appellant had not complied with the provisions of sections 299 of the Code of Civil Procedure, and 50, 51 and 54 of the Regulations. *Messrs. Acuña and Méndez,* for appellant; *Mr. Sama,* for respondent.

---

No. 5. H. ROMEU *& Co. v.* TORO.—Appeal from the District Court of Mayaguez. Decided March 8, 1905. The appeal was dismissed owing to the provisions of section 299 of the Code of Civil Procedure and 52 and 54 of the Regulations not having been complied with. *Messrs. Horton and Cornwell,* for appellant; *Mr. Ramírez,* for respondent.

---

No. 19. MARTÍNEZ *v.* MARIN.—Appeal from the District Court of Mayaguez. Decided March 8, 1905. The appeal was dismissed by reason of noncompliance with the provisions of section 299 of the Code of Civil Procedure and 50, 51 and 54 of the Regulations. *Mr. Vázquez,* for appellant.

---

No. 3. MÉNDEZ *v.* MÉNDEZ.—Appeal from the District Court of Aguadilla. Decided March 10, 1905. Withdrawn on motion of the appellant. *Mr. Méndez Vaz,* for appellant.

---

No. 76. MARTÍNEZ *v.* MÉNDEZ.—Appeal from the District Court of Aguadilla. Decided March 10, 1905. Withdrawn on motion of the appellant. *Mr Méndez Vaz,* for appellant.